**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-391-GMN (GWF) |
| ) | |
| ERNEST VIGIL, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

On November 10, 2011, defendant ERNEST VIGIL pled guilty to Counts One and Two of a Two-Count Criminal Superseding Information charging him in Counts One and Two with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Section 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Superseding Information and agreed to in the Plea Memorandum.

This Court finds that ERNEST VIGIL shall pay a criminal forfeiture money judgment of $220,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ERNEST VIGIL a criminal forfeiture money judgment in the amount of $220,000.00 in United States Currency.

**DATED** this 18th day of November, 2011.

_____
Gloria M. Navarro
United States District Judge