UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-391-GMN-GWF |
| Plaintiff, | |
| vs. | SEALED ORDER |
| ERNEST VIGIL and CAROLINE VIGIL, Defendants. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

**IT IS HEREBY ORDERED** that the sentencing in the above-captioned matter currently scheduled for September 21, 2012, at the hours of 8:30 a.m. and 9:00 a.m., be vacated and continued to **November 16, 2012**, at the hour(s) of **9:00 and 9:30 a.m.**

**DATED** this 21st day of September, 2012.

_____
Gloria M. Navarro
United States District Judge

3