FILED
ENTERED                   RECEIVED
                          SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 16 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-391-GMN-(GWF) |
| ERNEST VIGIL, ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on November 21, 2011, that ERNEST VIGIL shall pay a criminal forfeiture money judgment of $220,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 81.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ERNEST VIGIL, a criminal forfeiture money judgment in the amount of $220,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this _16_ day of _Nov_____, 2012.

_____
UNITED STATES DISTRICT JUDGE

**U.S. v. Ernest Vigil**
**2:10-cr-00391-GMN-RJJ**
**Restitution List**

____ FILED   ____ RECEIVED
____ ENTERED   ____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 1 6 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

FDIC   ~~$295,000.00~~   ~~136,029.63~~
as Trustee for Indymac Bank FSB
FDIC Restitution Payments         250,029.63
P.O. Box 971774
Dallas, Texas 75397-1774


The Bank of New York Mellon   ~~$319,100.00~~   38,022.47
1 Wall Street
New York, New York 10286