UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   2:10-CR-391-GMN-(GWF) |
| ERNEST VIGIL, | )<br>) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court found on November 21, 2011, that ERNEST VIGIL shall pay a criminal forfeiture money judgment of $220,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 81.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ERNEST VIGIL, a criminal forfeiture money judgment in the amount of $220,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 16 day of Nov, 2012.

_____
UNITED STATES DISTRICT JUDGE

**U.S. v. Ernest Vigil**
**2:10-cr-00391-GMN-RJJ**
<u>**Restitution List**</u>

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        NOV 16 2012

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

FDIC
as Trustee for Indymac Bank FSB
FDIC Restitution Payments
P.O. Box 971774
Dallas, Texas 75397-1774

~~$295,000.00~~   ~~136,029.63~~

250,029.63

The Bank of New York Mellon
1 Wall Street
New York, New York 10286

~~$319,100.00~~   38,022.47